#4

## UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

### MOTION & ORDER
### FOR ADMISSION *PRO HAC VICE*

United States District Court
Southern District of Texas
FILED

FEB 22 1999

Michael N. Milby
Clerk of Court

| Division | Brownsville | Action Number | B-99-016 |
|---|---|---|---|

| Allstate Casualty Company |
|---|
| *versus* |
| Terese Anne Moser |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Admitted US District Court for: | Peter J. Beverage<br>Adami, Goldman & Shuffield, Inc.<br>200 Concord Plaza, Suite 450<br>San Antonio, Texas 78216<br>(210) 829-8292<br>Texas 00796205 |
|---|---|

Seeks to appear as the attorney for this party:

| Allstate Casualty Company |
|---|
| Dated: 2/18/99    Signed: |

#5

United States District Court
Southern District of Texas
ENTERED

FEB 25 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on _Feby 25_, 199_9_.

_____
United States District Judge

SDTX AA-6 (8/98)