/3

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED
JUN 23 ...

Allstate Casualty Co. §
　　　　　　　　　　　　§   Michael N. Milby, Clk
versus　　　　　　　　　§   CIVIL ACTION B-99-16
　　　　　　　　　　　　§
Therese Anne Moser　　§

### Order Setting Hearing

United States District Court
Southern District of Texas
FILED

JUN 17 1999

Michael N. Milby
Clerk of Court

1.  A ~~hearing~~ motion will be held before Judge Hilda G. Tagle on:

    _07-21_, 1999

    at _9:00_ A.m.

    Courtroom, Fourth Floor
    United States Courthouse
    500 East Tenth Street
    Brownsville, Texas 78521.

2.  Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.  The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed on _June 17th_, 1999, at Brownsville, Texas.

　　　　　　　　　　　　　　　　　　　Hilda Tagle
　　　　　　　　　　　　　　　　　　　―――――――――――――
　　　　　　　　　　　　　　　　　　　Hilda G. Tagle
　　　　　　　　　　　　　　　　　　　United States District Judge

o.
mhrgddl.