UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 13 1999

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
FILED

JUL 0 8 1999

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

Allstate Casualty Company §
§
versus §    CIVIL ACTION B-99-016
§
Terese Anne Moser §

## Amended Scheduling Order

1. Trial: Estimated time to try: _____ days.         ☐ Bench   ☒ Jury

2. New parties must be joined by:   06-01-99

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   08-30-99

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   09-30-99

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by:   11-12-99

******************************************************************************

7. Joint pretrial order is due:   12-22-99

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   01-06-2000

   *The case will remain on standby until tried.*

9. Jury Selection:   01-10-2000

Signed July 8th , 1999, at Brownsville, Texas.

Hilda Tagle
_____
Hilda G. Tagle
United States District Judge

14