/ui/ljg/2300940/msj.ord
/ui/ljg/23100178/sumjudg.mtn
PJB/hc

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALLSTATE CASUALTY COMPANY, | § | |
| PLAINTIFF, | § § | |
| V. | § § | CIVIL ACTION NO. B-99-016 |
| TERESE ANNE MOSER, | § § | |
| DEFENDANT. | § § | NON-JURY |

## ORDER ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
## ON DECLARATORY JUDGMENT ACTION

On this the 21 day of July, 1999, came to be considered, Plaintiff's, ALLSTATE CASUALTY COMPANY's, Motion for Summary Judgment. After due notice to the parties, they appeared by their attorneys of record and announced ready. The Court, after reviewing Plaintiff's Motion, the Defendant's response, if any, and the papers filed therewith, finds that Plaintiff's Motion is well taken and it should be in all things, GRANTED.

IT IS, FURTHER, ORDERED, that Plaintiff's, Allstate Casualty Insurance Company does not have a duty to defend or indemnify Defendant in the underlying lawsuit under the policy of insurance issued by Allstate to Defendant.

IT IS, FURTHER, ORDERED, that Defendant take nothing against Plaintiff, Allstate Casualty Insurance Company.

IT IS, FURTHER, ORDERED, that all costs incurred herein shall be taxed against the party incurring same.

IT IS, FURTHER, ORDERED, that all relief not expressly granted herein is DENIED.

SIGNED this _21_ day of _July_, 1999.

_____
JUDGE PRESIDING

2