17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 26 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALLSTATE CASUALTY COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-99-16 |
| | § | |
| TERESE ANNE MOSER, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

BE IT REMEMBERED that on July 21, 1999 the Court considered Plaintiff Allstate Casualty Company's Motion for Summary Judgment. The evidence in support of the motion having been fully considered, the issues having been duly heard, and a decision having been duly-rendered,

IT IS ORDERED AND ADJUDGED that Allstate Casualty Insurance Company does not have a duty to defend or indemnify Defendant in the underlying lawsuit under the policy of insurance issued by Allstate to Defendant.

DONE at Brownsville, Texas, this ____ day of _____ 1999.

Hilda G. Tagle
United States District Judge